IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON TUCKER,<br><br>  Plaintiff,<br><br> v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation, UNUMPROVIDENT CORPORATION, a corporation, and DOES 1 through 50, inclusive,<br><br>  Defendant.<br> _____ / | No. C 06-02419 WHA<br><br>**COURT NOTICE REGARDING PLAINTIFF'S NOTICE OF SETTLEMENT** |

The Court is in receipt of the parties' notice of settlement dated June 29, 2006. Please be aware that until a dismissal is filed, all deadlines are still in place, including the case management conference, currently set for **JULY 20, 2006, AT 11:00 A.M.** A joint statement was due on July 6, 2006.

**IT IS SO ORDERED.**

Dated: July 12, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE