| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223)<br>KELLY, HERLIHY & KLEIN LLP |
| 3 | 44 Montgomery Street, Suite 2500<br>San Francisco, California 94104-4217 |
| 4 | Telephone: (415) 951-0535<br>Facsimile: (415) 391-7808 |
| 5 | Attorneys for Defendants |
| 6 | UNUM LIFE INSURANCE<br>COMPANY OF AMERICA and |
| 7 | UNUMPROVIDENT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GORDON TUCKER, | ) | Case No. C06-2419 WHA |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation; UNUMPROVIDENT CORPORATION, a corporation; and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

---

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER THEREON   CASE NO. C06-2419 WHA

Plaintiff Gordon Tucker ("plaintiff") and defendants UnumProvident Corporation and Unum Life Insurance Company of America ("defendants") have settled this matter. Accordingly, plaintiff through his counsel of record Walter Crump, Guy Kornblum & Associates, and defendants, through their counsel of record John T. Burnite, Kelly, Herlihy & Klein, hereby stipulate to the following: This matter shall be dismissed with prejudice and in its entirety as to all parties and all claims for relief. Each party to bear their own fees and costs.

IT IS SO STIPULATED

GUY KORNBLUM & ASSOCIATES

Dated: July 18, 2006     By _____
                            Walter Krump
                            Attorneys for Plaintiff
                            GORDON TUCKER

KELLY, HERLIHY & KLEIN LLP

Dated: July 17, 2006     By _____
                            John T. Burnite
                            Attorneys for Defendants
                            UNUM LIFE INSURANCE COMPANY OF
                            AMERICA and UNUMPROVIDENT
                            CORPORATION

## ORDER

Based on the stipulation of the parties set forth above, this matter is dismissed, with prejudice and in its entirety, as to all parties and all claims of relief, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Date: July 18 2006        _____
                           The Honorable Judge William H. Alsup
                           U.S. District Court, Northern District of
                           California

E:\26134\P08.wpd

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION;          CASE NO. C06-2419 WHA
[PROPOSED] ORDER THEREON

2